Eastern District of Kentucky
FILED
JUN 28 2018
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON**

**CRIMINAL ACTION NO.** 6:18cr33-GFVT-HAI

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **MOTION OF UNITED STATES FOR ARRAIGNMENT**

**KENNETH SHAVER and
JUSTIN BOE** **DEFENDANTS**

* * * * *

The United States moves for an arraignment. The Defendants are currently in federal custody.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By:

Gregory Rosenberg
Assistant United States Attorney
601 Meyers Baker Rd. Suite 200
London, KY 40741
(606) 330-4834
Gregory.Rosenberg2@usdoj.gov