```
MCRI3  531.01 *                 INMATE HISTORY           *      03-05-2018
PAGE 001      *                    QUARTERS              *      07:50:58


  REG NO..: 25847-047 NAME....: BOE, JUSTIN T
  CATEGORY: QTR        FUNCTION: PRT       FORMAT:


FCL    ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
FLM    C05-106L   HOUSE C/RANGE 05/BED 106L     02-15-2018 1717 CURRENT
FLM    C06-204L   HOUSE C/RANGE 06/BED 204L     02-12-2018 1508 02-15-2018 1717
FLM    C05-104L   HOUSE C/RANGE 05/BED 104L     01-16-2018 1751 02-12-2018 1508
FLM    C05-101L   HOUSE C/RANGE 05/BED 101L     12-16-2017 1745 01-16-2018 1751
FLM    C06-206L   HOUSE C/RANGE 06/BED 206L     11-15-2017 1328 12-16-2017 1745
FLM    B05-111L   HOUSE B/RANGE 05/BED 111L     11-15-2017 1120 11-15-2017 1328
OKL    Z03-188UAD HOUSE Z/RANGE 03/BED 188U AD  11-02-2017 1933 11-15-2017 0730
OKL    R01-001L   HOUSE R/RANGE 01/BED 001L     11-02-2017 1400 11-02-2017 1933
OKL    Z03-174LAD HOUSE Z/RANGE 03/BED 174L AD  10-11-2017 1224 10-13-2017 0730
OKL    Z03-177LAD HOUSE Z/RANGE 03/BED 177L AD  09-22-2017 2018 10-11-2017 1224
OKL    R01-001L   HOUSE R/RANGE 01/BED 001L     09-22-2017 1750 09-22-2017 2018
FLM    R01-001L   HOUSE R/RANGE 01/BED 001L     09-22-2017 0544 09-22-2017 0613
FLM    B06-207L   HOUSE B/RANGE 06/BED 207L     08-22-2017 1442 09-22-2017 0544
FLM    B06-208L   HOUSE B/RANGE 06/BED 208L     07-25-2017 0847 08-22-2017 1442
FLM    C02-205L   HOUSE C/RANGE 02/BED 205L     07-24-2017 2101 07-25-2017 0708
FLM    B06-208L   HOUSE B/RANGE 06/BED 208L     05-26-2017 1007 07-24-2017 2101
FLM    B06-209L   HOUSE B/RANGE 06/BED 209L     05-11-2017 0957 05-26-2017 1007
FLM    C02-205L   HOUSE C/RANGE 02/BED 205L     03-27-2017 1241 05-11-2017 0957
FLM    C03-102L   HOUSE C/RANGE 03/BED 102L     01-19-2017 0858 03-27-2017 1241
FLM    C04-202L   HOUSE C/RANGE 04/BED 202L     12-30-2016 1334 01-19-2017 0858
FLM    C04-201L   HOUSE C/RANGE 04/BED 201L     08-22-2016 1235 12-30-2016 1334
FLM    C04-204L   HOUSE C/RANGE 04/BED 204L     08-19-2016 1139 08-22-2016 1235
FLM    C04-201LAD HOUSE C/RANGE 04/BED 201L AD  08-10-2016 1133 08-19-2016 1139
FLM    C04-207LAD HOUSE C/RANGE 04/BED 207L AD  08-09-2016 1731 08-10-2016 1133
FLM    C04-202LAD HOUSE C/RANGE 04/BED 202L AD  03-04-2016 1329 08-09-2016 1731
OKL    Z03-162LAD HOUSE Z/RANGE 03/BED 162L AD  02-25-2016 1825 03-04-2016 0900
OKL    R01-001L   HOUSE R/RANGE 01/BED 001L     02-25-2016 1420 02-25-2016 1825
MCR    Z01-117LDS HOUSE Z/RANGE 01/BED 117L DS  02-09-2016 1018 02-25-2016 0820
MCR    Z01-118LDS HOUSE Z/RANGE 01/BED 118L DS  01-19-2016 1253 02-09-2016 1018
MCR    Z01-119LDS HOUSE Z/RANGE 01/BED 119L DS  12-29-2015 1210 01-19-2016 1253
MCR    Z01-120LDS HOUSE Z/RANGE 01/BED 120L DS  12-23-2015 1231 12-29-2015 1210
MCR    Z01-120LAD HOUSE Z/RANGE 01/BED 120L AD  12-08-2015 1050 12-23-2015 1231
MCR    Z01-101LAD HOUSE Z/RANGE 01/BED 101L AD  11-17-2015 1100 12-08-2015 1050
MCR    Z01-102LAD HOUSE Z/RANGE 01/BED 102L AD  11-10-2015 1026 11-17-2015 1100
MCR    Z01-102L   HOUSE Z/RANGE 01/BED 102L     10-27-2015 1036 11-10-2015 1026
MCR    Z01-103L   HOUSE Z/RANGE 01/BED 103L     10-06-2015 1050 10-27-2015 1036
MCR    Z01-104L   HOUSE Z/RANGE 01/BED 104L     09-15-2015 1427 10-06-2015 1050
MCR    Z01-105L   HOUSE Z/RANGE 01/BED 105L     08-25-2015 1447 09-15-2015 1427
MCR    Z01-106L   HOUSE Z/RANGE 01/BED 106L     08-04-2015 1123 08-25-2015 1447
MCR    Z01-107L   HOUSE Z/RANGE 01/BED 107L     07-24-2015 1531 08-04-2015 1123
MCR    Z01-113L   HOUSE Z/RANGE 01/BED 113L     07-14-2015 1137 07-24-2015 1531




  G0002      MORE PAGES TO FOLLOW . . .
```

GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT

21

```
MCRI3  531.01 *            INMATE HISTORY          *     03-05-2018
PAGE 002 OF 002 *             QUARTERS             *     07:50:58


  REG NO..: 25847-047 NAME....: BOE, JUSTIN T
  CATEGORY: QTR         FUNCTION: PRT      FORMAT:


FCL    ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
MCR    Z01-114L   HOUSE Z/RANGE 01/BED 114L     06-23-2015 1124 07-14-2015 1137
MCR    Z01-115L   HOUSE Z/RANGE 01/BED 115L     06-02-2015 1057 06-23-2015 1124
MCR    Z01-116L   HOUSE Z/RANGE 01/BED 116L     05-12-2015 1308 06-02-2015 1057
MCR    Z01-117L   HOUSE Z/RANGE 01/BED 117L     04-23-2015 1158 05-12-2015 1308
MCR    Z01-111L   HOUSE Z/RANGE 01/BED 111L     04-23-2015 1153 04-23-2015 1158
MCR    Z06-254L   HOUSE Z/RANGE 06/BED 254L     04-14-2015 1157 04-23-2015 1153
MCR    Z06-255L   HOUSE Z/RANGE 06/BED 255L     03-24-2015 1208 04-14-2015 1157
MCR    Z06-256L   HOUSE Z/RANGE 06/BED 256L     03-03-2015 1243 03-24-2015 1208
MCR    Z06-255U   HOUSE Z/RANGE 06/BED 255U     02-10-2015 1128 03-03-2015 1243
MCR    Z06-254U   HOUSE Z/RANGE 06/BED 254U     02-04-2015 2101 02-10-2015 1128
MCR    Z01-101L   HOUSE Z/RANGE 01/BED 101L     02-04-2015 2037 02-04-2015 2101
MCR    D01-132U   HOUSE D/RANGE 01/BED 132U     01-20-2015 1241 02-04-2015 2037
MCR    D02-208U   HOUSE D/RANGE 02/BED 208U     11-18-2014 1041 01-20-2015 1241
MCR    D01-132LH  HOUSE D/RANGE 01/BED 132L H   10-30-2014 1253 11-18-2014 1041
MCR    D02-208U   HOUSE D/RANGE 02/BED 208U     10-24-2014 0857 10-30-2014 1253
MCR    D01-132U   HOUSE D/RANGE 01/BED 132U     10-23-2014 1944 10-24-2014 0857
MCR    R01-001L   HOUSE R/RANGE 01/BED 001L     10-23-2014 1647 10-23-2014 1944
OKL    Z03-703LDS HOUSE Z/RANGE 03/BED 703L DS  10-09-2014 1430 10-23-2014 0930
OKL    R01-001L   HOUSE R/RANGE 01/BED 001L     10-09-2014 1100 10-09-2014 1430
LVN    R01-001L   HOUSE R/RANGE 01/BED 001L     10-09-2014 0250 10-09-2014 0446
LVN    Z11-217UDS HOUSE Z/RANGE 11/BED 217U DS  10-03-2014 1219 10-09-2014 0250
LVN    Z07-217UDS HOUSE Z/RANGE 07/BED 217U DS  09-29-2014 1407 10-03-2014 1219
LVN    Z11-117UDS HOUSE Z/RANGE 11/BED 117U DS  09-09-2014 1120 09-29-2014 1407
LVN    Z11-120UDS HOUSE Z/RANGE 11/BED 120U DS  08-27-2014 1145 09-09-2014 1120
LVN    Z09-120UAD HOUSE Z/RANGE 09/BED 120U AD  08-19-2014 1154 08-27-2014 1145
LVN    Z09-118UAD HOUSE Z/RANGE 09/BED 118U AD  07-29-2014 1213 08-19-2014 1154
LVN    Z09-117UAD HOUSE Z/RANGE 09/BED 117U AD  07-27-2014 1920 07-29-2014 1213
LVN    ADM DET    ADMINISTRATIVE DETENTION      07-27-2014 1851 07-27-2014 1920
LVN    B06-356U   HOUSE B/RANGE 06/BED 356U     06-19-2014 0900 07-27-2014 1851
LVN    A12-650U   HOUSE A/RANGE 12/BED 650U     05-15-2014 1156 06-19-2014 0900
LVN    Z01-119UAD HOUSE Z/RANGE 01/BED 119U AD  05-13-2014 1512 05-15-2014 1156
LVN    ADM DET    ADMINISTRATIVE DETENTION      05-13-2014 1457 05-13-2014 1512
LVN    R01-001L   HOUSE R/RANGE 01/BED 001L     05-13-2014 1344 05-13-2014 1457




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```