```
MCRI3  531.01 *                  INMATE HISTORY           *   03-05-2018
PAGE 001       *                   QUARTERS               *   09:31:11

 REG NO..: 17251-171 NAME....: BELLS, CHARLIE JR
 CATEGORY: QTR        FUNCTION: PRT         FORMAT:

FCL   ASSIGNMENT  DESCRIPTION                START DATE/TIME STOP DATE/TIME
TCP   A02-217L    HOUSE A/RANGE 02/BED 217L  03-03-2018 2230 CURRENT
TCP   A02-217L    HOUSE A/RANGE 02/BED 217L  02-23-2018 1014 03-03-2018 1352
TCP   A02-217L    HOUSE A/RANGE 02/BED 217L  02-22-2018 1646 02-23-2018 0750
TCP   Z01-111LAD  HOUSE Z/RANGE 01/BED 111L AD 02-21-2018 2054 02-22-2018 0910
TCP   A02-217L    HOUSE A/RANGE 02/BED 217L  02-20-2018 0928 02-21-2018 2054
TCP   A02-217L    HOUSE A/RANGE 02/BED 217L  12-23-2017 0448 02-20-2018 0735
TCP   A02-217L    HOUSE A/RANGE 02/BED 217L  12-05-2017 0840 12-22-2017 2228
TCP   A02-216L    HOUSE A/RANGE 02/BED 216L  11-28-2017 1316 12-05-2017 0840
TCP   A02-215L    HOUSE A/RANGE 02/BED 215L  11-28-2017 1311 11-28-2017 1316
TCP   A02-217L    HOUSE A/RANGE 02/BED 217L  11-13-2017 1427 11-28-2017 1311
TCP   A02-116L    HOUSE A/RANGE 02/BED 116L  10-25-2017 0819 11-13-2017 1427
TCP   A02-210L    HOUSE A/RANGE 02/BED 210L  10-18-2017 1319 10-25-2017 0819
TCP   A02-223L    HOUSE A/RANGE 02/BED 223L  09-26-2017 1121 10-18-2017 1319
TCP   B02-219L    HOUSE B/RANGE 02/BED 219L  09-06-2017 1934 09-26-2017 1121
TCP   R01-001L    HOUSE R/RANGE 01/BED 001L  09-06-2017 1645 09-06-2017 1934
OKL   C02-409L    HOUSE C/RANGE 02/BED 409L  09-05-2017 1309 09-06-2017 0900
OKL   C03-302L    HOUSE C/RANGE 03/BED 302L  08-23-2017 2312 09-05-2017 1309
OKL   C03-901L    HOUSE C/RANGE 03/BED 901L  08-23-2017 1640 08-23-2017 2312
FLP   R01-001L    HOUSE R/RANGE 01/BED 001L  08-23-2017 0307 08-23-2017 0800
FLP   Z06-248LAD  HOUSE Z/RANGE 06/BED 248L AD 08-19-2017 2120 08-23-2017 0307
FLP   Z01-107UAD  HOUSE Z/RANGE 01/BED 107U AD 08-07-2017 1036 08-19-2017 2120
FLP   Z01-106UAD  HOUSE Z/RANGE 01/BED 106U AD 07-18-2017 1639 08-07-2017 1036
FLP   Z01-105UAD  HOUSE Z/RANGE 01/BED 105U AD 06-28-2017 1135 07-18-2017 1639
FLP   Z01-104UAD  HOUSE Z/RANGE 01/BED 104U AD 06-08-2017 1516 06-28-2017 1135
FLP   Z01-103UAD  HOUSE Z/RANGE 01/BED 103U AD 05-19-2017 1703 06-08-2017 1516
FLP   Z01-104UAD  HOUSE Z/RANGE 01/BED 104U AD 05-19-2017 1251 05-19-2017 1703
FLP   Z01-102UAD  HOUSE Z/RANGE 01/BED 102U AD 04-29-2017 1135 05-19-2017 1251
FLP   Z01-101UAD  HOUSE Z/RANGE 01/BED 101U AD 04-28-2017 1157 04-29-2017 1135
FLP   Z01-101UAD  HOUSE Z/RANGE 01/BED 101U AD 04-09-2017 1036 04-28-2017 0840
FLP   Z01-124UAD  HOUSE Z/RANGE 01/BED 124U AD 04-06-2017 1915 04-09-2017 1036
FLP   Z01-117UAD  HOUSE Z/RANGE 01/BED 117U AD 03-20-2017 1232 04-06-2017 1915
FLP   Z01-116UAD  HOUSE Z/RANGE 01/BED 116U AD 02-27-2017 1020 03-20-2017 1232
FLP   Z01-115UAD  HOUSE Z/RANGE 01/BED 115U AD 02-10-2017 1426 02-27-2017 1020
FLP   Z03-137UAD  HOUSE Z/RANGE 03/BED 137U AD 02-08-2017 1346 02-10-2017 1426
FLP   Z03-136UAD  HOUSE Z/RANGE 03/BED 136U AD 01-30-2017 1524 02-08-2017 1346
FLP   Z01-100LAD  HOUSE Z/RANGE 01/BED 100L AD 01-30-2017 1452 01-30-2017 1524
FLP   C06-127U    HOUSE C/RANGE 06/BED 127U  12-30-2016 1457 01-30-2017 1452
FLP   C06-125L    HOUSE C/RANGE 06/BED 125L  12-30-2016 0825 12-30-2016 1457
FLP   C08-229U    HOUSE C/RANGE 08/BED 229U  12-29-2016 1807 12-30-2016 0825
FLP   R01-001L    HOUSE R/RANGE 01/BED 001L  12-29-2016 1309 12-29-2016 1807
OKL   C06-427L    HOUSE C/RANGE 06/BED 427L  12-27-2016 1111 12-29-2016 0900


G0002       MORE PAGES TO FOLLOW . . .
```

GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
22

```
MCRI3  531.01 *                    INMATE HISTORY          *    03-05-2018
PAGE 002       *                    QUARTERS                *    09:31:11

 REG NO..: 17251-171 NAME....: BELLS, CHARLIE JR
 CATEGORY: QTR          FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                     START DATE/TIME STOP  DATE/TIME
OKL    Z03-183LAD HOUSE Z/RANGE 03/BED 183L AD    12-22-2016 2121 12-27-2016 1111
OKL    R01-001L   HOUSE R/RANGE 01/BED 001L       12-22-2016 1730 12-22-2016 2121
VVM    Z05-222UAD HOUSE Z/RANGE 05/BED 222U AD    12-18-2016 1817 12-22-2016 0800
VVM    Z05-221UAD HOUSE Z/RANGE 05/BED 221U AD    11-27-2016 1658 12-18-2016 1817
VVM    Z05-220UAD HOUSE Z/RANGE 05/BED 220U AD    11-27-2016 1009 11-27-2016 1658
VVM    Z04-208UAD HOUSE Z/RANGE 04/BED 208U AD    11-20-2016 1759 11-27-2016 1009
VVM    Z04-216UAD HOUSE Z/RANGE 04/BED 216U AD    10-30-2016 1707 11-20-2016 1759
VVM    Z04-215UAD HOUSE Z/RANGE 04/BED 215U AD    10-09-2016 1626 10-30-2016 1707
VVM    Z04-214UAD HOUSE Z/RANGE 04/BED 214U AD    09-18-2016 1627 10-09-2016 1626
VVM    Z04-213UAD HOUSE Z/RANGE 04/BED 213U AD    08-28-2016 1653 09-18-2016 1627
VVM    Z04-212UAD HOUSE Z/RANGE 04/BED 212U AD    08-26-2016 0909 08-28-2016 1653
VVM    Z03-138LAD HOUSE Z/RANGE 03/BED 138L AD    08-26-2016 0702 08-26-2016 0909
VVM    Z04-212UAD HOUSE Z/RANGE 04/BED 212U AD    08-24-2016 1109 08-26-2016 0702
VVM    Z04-212UAD HOUSE Z/RANGE 04/BED 212U AD    08-23-2016 1510 08-24-2016 0630
VVM    Z01-101LAD HOUSE Z/RANGE 01/BED 101L AD    08-23-2016 1123 08-23-2016 1510
VIP    Z02-139UAD HOUSE Z/RANGE 02/BED 139U AD    08-22-2016 1816 08-23-2016 1129
VIP    Z02-139UAD HOUSE Z/RANGE 02/BED 139U AD    08-07-2016 1044 08-22-2016 1526
VIP    Z02-140UAD HOUSE Z/RANGE 02/BED 140U AD    07-29-2016 1856 08-07-2016 1044
VIP    Z01-114UAD HOUSE Z/RANGE 01/BED 114U AD    07-29-2016 1039 07-29-2016 1856
VIP    Z05-229LAD HOUSE Z/RANGE 05/BED 229L AD    07-29-2016 0947 07-29-2016 1039
VIM    Z03-217UAD HOUSE Z/RANGE 03/BED 217U AD    07-24-2016 1520 07-29-2016 0913
VIM    Z03-205UAD HOUSE Z/RANGE 03/BED 205U AD    07-22-2016 1114 07-24-2016 1520
VIM    Z03-207UAD HOUSE Z/RANGE 03/BED 207U AD    07-05-2016 1853 07-22-2016 1114
VIM    Z02-125LAD HOUSE Z/RANGE 02/BED 125L AD    07-05-2016 1717 07-05-2016 1853
VIP    Z02-140LAD HOUSE Z/RANGE 02/BED 140L AD    07-03-2016 0936 07-05-2016 1659
VIP    Z02-139LAD HOUSE Z/RANGE 02/BED 139L AD    06-20-2016 1027 07-03-2016 0936
VIP    H01-102LO  HOUSE H/RANGE 01/BED 102L O     06-16-2016 1441 06-20-2016 1027
VIM    H01-002L   HOUSE H/RANGE 01/BED 002L       06-15-2016 0540 06-16-2016 1400
VIP    Z02-125UAD HOUSE Z/RANGE 02/BED 125U AD    06-15-2016 0532 06-15-2016 0539
VIP    Z02-125UAD HOUSE Z/RANGE 02/BED 125U AD    06-13-2016 1429 06-14-2016 2152
VIP    Z02-124UAD HOUSE Z/RANGE 02/BED 124U AD    05-23-2016 1108 06-13-2016 1429
VIP    Z02-123UAD HOUSE Z/RANGE 02/BED 123U AD    05-05-2016 1901 05-23-2016 1108
VIP    Z02-124UAD HOUSE Z/RANGE 02/BED 124U AD    04-29-2016 1330 05-05-2016 1901
VIP    Z02-138UAD HOUSE Z/RANGE 02/BED 138U AD    04-29-2016 0921 04-29-2016 1330
VIP    C34-223L   HOUSE C/RANGE 34/BED 223L       04-25-2016 1337 04-29-2016 0921
VIP    C33-101U   HOUSE C/RANGE 33/BED 101U       04-07-2016 1052 04-25-2016 1337
VIP    Z01-110LAD HOUSE Z/RANGE 01/BED 110L AD    03-30-2016 1201 04-07-2016 1052
VIP    Z03-152LAD HOUSE Z/RANGE 03/BED 152L AD    03-30-2016 1144 03-30-2016 1201
VIP    C34-223L   HOUSE C/RANGE 34/BED 223L       03-10-2016 1653 03-30-2016 1144
VIP    C34-216L   HOUSE C/RANGE 34/BED 216L       03-03-2016 1203 03-10-2016 1653
VIP    C33-101U   HOUSE C/RANGE 33/BED 101U       03-02-2016 1211 03-03-2016 1203




G0002       MORE PAGES TO FOLLOW . . .
```

```
MCRI3  531.01 *                    INMATE HISTORY            *    03-05-2018
PAGE 003       *                     QUARTERS                *    09:31:11

 REG NO..: 17251-171 NAME....: BELLS, CHARLIE JR
 CATEGORY: QTR         FUNCTION: PRT         FORMAT:

FCL    ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
VIP    Z05-232UAD HOUSE Z/RANGE 05/BED 232U AD   02-14-2016 0847 03-02-2016 1211
VIP    Z05-231UAD HOUSE Z/RANGE 05/BED 231U AD   02-11-2016 2046 02-14-2016 0847
VIP    Z03-155LAD HOUSE Z/RANGE 03/BED 155L AD   02-11-2016 1644 02-11-2016 2046
VIP    R01-001L   HOUSE R/RANGE 01/BED 001L      02-11-2016 1310 02-11-2016 1644
OKL    Z02-151LAD HOUSE Z/RANGE 02/BED 151L AD   02-10-2016 2107 02-11-2016 1030
OKL    Z02-149UAD HOUSE Z/RANGE 02/BED 149U AD   02-09-2016 1438 02-10-2016 2107
OKL    Z02-147UAD HOUSE Z/RANGE 02/BED 147U AD   02-09-2016 1338 02-09-2016 1438
OKL    C12-404U   HOUSE C/RANGE 12/BED 404U      02-05-2016 1630 02-09-2016 1338
MCR    Z05-223LAD HOUSE Z/RANGE 05/BED 223L AD   02-02-2016 1802 02-05-2016 0930
MCR    Z05-224LDS HOUSE Z/RANGE 05/BED 224L DS   01-12-2016 1410 02-02-2016 1802
MCR    Z05-225LDS HOUSE Z/RANGE 05/BED 225L DS   12-23-2015 1255 01-12-2016 1410
MCR    Z05-225LAD HOUSE Z/RANGE 05/BED 225L AD   12-22-2015 1235 12-23-2015 1255
MCR    Z05-226LAD HOUSE Z/RANGE 05/BED 226L AD   12-12-2015 0107 12-22-2015 1235
MCR    Z05-225LAD HOUSE Z/RANGE 05/BED 225L AD   12-02-2015 1446 12-12-2015 0107
MCR    Z06-260LAD HOUSE Z/RANGE 06/BED 260L AD   12-01-2015 1451 12-02-2015 1446
MCR    Z06-246LAD HOUSE Z/RANGE 06/BED 246L AD   11-23-2015 1946 12-01-2015 1451
MCR    Z06-250LAD HOUSE Z/RANGE 06/BED 250L AD   11-23-2015 1833 11-23-2015 1946
MCR    Z03-146LAD HOUSE Z/RANGE 03/BED 146L AD   11-18-2015 1625 11-23-2015 1833
MCR    Z06-248LAD HOUSE Z/RANGE 06/BED 248L AD   11-12-2015 0728 11-18-2015 1625
MCR    Z06-248L   HOUSE Z/RANGE 06/BED 248L      11-11-2015 1312 11-12-2015 0728
MCR    Z06-249L   HOUSE Z/RANGE 06/BED 249L      10-20-2015 1059 11-11-2015 1312
MCR    Z06-250L   HOUSE Z/RANGE 06/BED 250L      09-29-2015 1202 10-20-2015 1059
MCR    Z06-251L   HOUSE Z/RANGE 06/BED 251L      09-08-2015 1411 09-29-2015 1202
MCR    Z06-252L   HOUSE Z/RANGE 06/BED 252L      08-31-2015 2325 09-08-2015 1411
MCR    Z05-160U   HOUSE Z/RANGE 05/BED 160U      08-27-2015 1704 08-31-2015 2325
MCR    Z05-155U   HOUSE Z/RANGE 05/BED 155U      08-26-2015 1819 08-27-2015 1704
MCR    Z05-145L   HOUSE Z/RANGE 05/BED 145L      08-21-2015 2112 08-26-2015 1819
MCR    Z02-202L   HOUSE Z/RANGE 02/BED 202L      08-04-2015 1024 08-21-2015 2112
MCR    Z02-203L   HOUSE Z/RANGE 02/BED 203L      07-17-2015 1431 08-04-2015 1024
MCR    Z06-259L   HOUSE Z/RANGE 06/BED 259L      07-15-2015 2259 07-17-2015 1431
MCR    Z01-101L   HOUSE Z/RANGE 01/BED 101L      07-15-2015 2140 07-15-2015 2259
MCR    D03-124U   HOUSE D/RANGE 03/BED 124U      07-03-2015 0813 07-15-2015 2140
MCR    D03-123U   HOUSE D/RANGE 03/BED 123U      05-20-2015 2009 07-03-2015 0813
MCR    D03-107L   HOUSE D/RANGE 03/BED 107L      05-20-2015 1814 05-20-2015 2009
MCR    R01-001L   HOUSE R/RANGE 01/BED 001L      05-20-2015 1510 05-20-2015 1814
OKL    E01-506L   HOUSE E/RANGE 01/BED 506L      04-21-2015 1839 05-20-2015 0730
OKL    E01-504L   HOUSE E/RANGE 01/BED 504L      04-21-2015 1611 04-21-2015 1839
OKL    E02-609L   HOUSE E/RANGE 02/BED 609L      04-21-2015 1530 04-21-2015 1611
ATL    J03-313U   HOUSE J/RANGE 03/BED 313U      04-20-2015 1907 04-21-2015 1253
ATL    R01-001L   HOUSE R/RANGE 01/BED 001L      04-20-2015 1736 04-20-2015 1907
ATL    R01-001L   HOUSE R/RANGE 01/BED 001L      04-20-2015 1358 04-20-2015 1416




G0002      MORE PAGES TO FOLLOW . . .
```

```
 REG NO..: 17251-171 NAME....: BELLS, CHARLIE JR
 CATEGORY: QTR         FUNCTION: PRT        FORMAT:

FCL   ASSIGNMENT DESCRIPTION                        START DATE/TIME  STOP  DATE/TIME
TDG   Z03-003LAD HOUSE Z/RANGE 03/BED 003L AD       04-19-2015 1748  04-20-2015 0901
TDG   Z01-012LAD HOUSE Z/RANGE 01/BED 012L AD       04-15-2015 1146  04-19-2015 1748
TDG   Z03-008LAD HOUSE Z/RANGE 03/BED 008L AD       03-31-2015 1238  04-15-2015 1146
TDG   Z03-005LAD HOUSE Z/RANGE 03/BED 005L AD       03-17-2015 0833  03-31-2015 1238
TDG   Z03-008LAD HOUSE Z/RANGE 03/BED 008L AD       03-16-2015 1329  03-17-2015 0833
TDG   Z01-001LAD HOUSE Z/RANGE 01/BED 001L AD       03-12-2015 1133  03-16-2015 1329
TDG   S03-904L   HOUSE S/RANGE 03/BED 904L          02-05-2015 1139  03-12-2015 1133
TDG   S03-001L   HOUSE S/RANGE 03/BED 001L          12-08-2014 1221  02-05-2015 1139
TDG   R01-001L   HOUSE R/RANGE 01/BED 001L          12-08-2014 0802  12-08-2014 1221
ATL   J04-425U   HOUSE J/RANGE 04/BED 425U          12-01-2014 1632  12-08-2014 0704
ATL   R01-001L   HOUSE R/RANGE 01/BED 001L          12-01-2014 1237  12-01-2014 1632
OKL   C07-320U   HOUSE C/RANGE 07/BED 320U          11-24-2014 1845  12-01-2014 0730
THP   Z02-224U   HOUSE Z/RANGE 02/BED 224U          11-06-2014 2011  11-24-2014 1317
THP   Z02-201U   HOUSE Z/RANGE 02/BED 201U          10-16-2014 1836  11-06-2014 2011
THP   Z02-223U   HOUSE Z/RANGE 02/BED 223U          09-25-2014 2220  10-16-2014 1836
THP   Z02-222U   HOUSE Z/RANGE 02/BED 222U          09-04-2014 2026  09-25-2014 2220
THP   Z02-221U   HOUSE Z/RANGE 02/BED 221U          08-14-2014 2103  09-04-2014 2026
THP   Z02-220U   HOUSE Z/RANGE 02/BED 220U          07-31-2014 2227  08-14-2014 2103
THP   Z01-001L   HOUSE Z/RANGE 01/BED 001L          07-31-2014 2119  07-31-2014 2227
THP   E01-201U   HOUSE E/RANGE 01/BED 201U          07-31-2014 1730  07-31-2014 2119
THP   Z02-220U   HOUSE Z/RANGE 02/BED 220U          07-24-2014 2044  07-31-2014 1730
THP   Z02-219U   HOUSE Z/RANGE 02/BED 219U          07-17-2014 1848  07-24-2014 2044
THP   Z02-219U   HOUSE Z/RANGE 02/BED 219U          07-07-2014 2032  07-17-2014 1449
THP   Z01-001L   HOUSE Z/RANGE 01/BED 001L          07-07-2014 1833  07-07-2014 2032
THP   R01-001L   HOUSE R/RANGE 01/BED 001L          07-07-2014 1451  07-07-2014 1833
OKL   C11-310L   HOUSE C/RANGE 11/BED 310L          07-02-2014 1728  07-03-2014 1200
OKL   C11-310U   HOUSE C/RANGE 11/BED 310U          06-24-2014 1230  07-02-2014 1728
BML   R04-001L   HOUSE R/RANGE 04/BED 001L          06-23-2014 2133  06-24-2014 0159
BML   Z02-218LAD HOUSE Z/RANGE 02/BED 218L AD       06-22-2014 2208  06-23-2014 2133
BML   Z02-216LAD HOUSE Z/RANGE 02/BED 216L AD       06-16-2014 2149  06-22-2014 2208
BML   Z01-101LAD HOUSE Z/RANGE 01/BED 101L AD       06-16-2014 1751  06-16-2014 2149
BMP   Z01-016UAD HOUSE Z/RANGE 01/BED 016U AD       06-02-2014 2219  06-16-2014 1736
BMP   Z01-012UAD HOUSE Z/RANGE 01/BED 012U AD       05-18-2014 1936  06-02-2014 2219
BMP   Z01-023UAD HOUSE Z/RANGE 01/BED 023U AD       05-05-2014 1557  05-18-2014 1936
BMP   Z01-016UAD HOUSE Z/RANGE 01/BED 016U AD       04-20-2014 1607  05-05-2014 1557
BMP   Z01-023UAD HOUSE Z/RANGE 01/BED 023U AD       04-07-2014 2120  04-20-2014 1607
BMP   Z05-501LO  HOUSE Z/RANGE 05/BED 501L O        04-07-2014 1742  04-07-2014 2120
BMP   R01-001L   HOUSE R/RANGE 01/BED 001L          04-07-2014 1335  04-07-2014 1742
OKL   C09-329U   HOUSE C/RANGE 09/BED 329U          04-01-2014 1635  04-07-2014 0413
CLP   Z05-203UAD HOUSE Z/RANGE 05/BED 203U AD       03-29-2014 0920  04-01-2014 0421
CLP   Z05-204UAD HOUSE Z/RANGE 05/BED 204U AD       03-08-2014 0922  03-29-2014 0920


G0002      MORE PAGES TO FOLLOW . . .
```

```
 MCRI3  531.01 *                    INMATE HISTORY              *     03-05-2018
 PAGE 005       *                     QUARTERS                  *     09:31:11

  REG NO..: 17251-171 NAME....: BELLS, CHARLIE JR
  CATEGORY: QTR        FUNCTION: PRT        FORMAT:

 FCL   ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
 CLP   Z05-205LAD HOUSE Z/RANGE 05/BED 205L AD  02-28-2014 2116 03-08-2014 0922
 CLP   Z05-219LAD HOUSE Z/RANGE 05/BED 219L AD  02-15-2014 1001 02-28-2014 2116
 CLP   Z05-220LAD HOUSE Z/RANGE 05/BED 220L AD  02-07-2014 1529 02-15-2014 1001
 CLP   Z10-210LDS HOUSE Z/RANGE 10/BED 210L DS  02-01-2014 0853 02-07-2014 1529
 CLP   Z10-208LDS HOUSE Z/RANGE 10/BED 208L DS  01-14-2014 2245 02-01-2014 0853
 CLP   Z10-209UDS HOUSE Z/RANGE 10/BED 209U DS  01-11-2014 0908 01-14-2014 2245
 CLP   Z10-208UDS HOUSE Z/RANGE 10/BED 208U DS  01-09-2014 2234 01-11-2014 0908
 CLP   Z01-208UAD HOUSE Z/RANGE 01/BED 208U AD  01-07-2014 2133 01-09-2014 2234
 CLP   Z05-219UAD HOUSE Z/RANGE 05/BED 219U AD  01-04-2014 0947 01-07-2014 2133
 CLP   Z05-222UAD HOUSE Z/RANGE 05/BED 222U AD  12-18-2013 1220 01-04-2014 0947
 CLP   Z01-201LAD HOUSE Z/RANGE 01/BED 201L AD  12-17-2013 1702 12-18-2013 1220
 CLP   H01-211L   HOUSE H/RANGE 01/BED 211L     12-17-2013 0937 12-17-2013 1702
 CLP   H01-119U   HOUSE H/RANGE 01/BED 119U     12-12-2013 1256 12-17-2013 0937
 CLP   H01-215U   HOUSE H/RANGE 01/BED 215U     12-12-2013 1027 12-12-2013 1256
 CLP   H01-116U   HOUSE H/RANGE 01/BED 116U     12-12-2013 0919 12-12-2013 1027
 CLP   H01-110U   HOUSE H/RANGE 01/BED 110U     10-11-2013 1515 12-12-2013 0919
 CLP   Z03-111UAD HOUSE Z/RANGE 03/BED 111U AD  10-10-2013 2117 10-11-2013 0450
 CLP   Z03-113UAD HOUSE Z/RANGE 03/BED 113U AD  10-10-2013 2104 10-10-2013 2117
 CLP   Z03-107UAD HOUSE Z/RANGE 03/BED 107U AD  10-10-2013 2052 10-10-2013 2104
 CLP   H01-110U   HOUSE H/RANGE 01/BED 110U     09-25-2013 2102 10-10-2013 2052
 CLP   H01-110U   HOUSE H/RANGE 01/BED 110U     04-02-2013 1305 09-24-2013 1248
 CLP   Z03-110LAD HOUSE Z/RANGE 03/BED 110L AD  03-30-2013 1019 04-02-2013 1305
 CLP   Z03-101LAD HOUSE Z/RANGE 03/BED 101L AD  03-09-2013 1050 03-30-2013 1019
 CLP   Z03-102UAD HOUSE Z/RANGE 03/BED 102U AD  02-16-2013 1234 03-09-2013 1050
 CLP   Z03-103UAD HOUSE Z/RANGE 03/BED 103U AD  02-16-2013 0936 02-16-2013 1234
 CLP   G02-229U   HOUSE G/RANGE 02/BED 229U     08-24-2012 1805 02-16-2013 0936
 CLP   G02-229U   HOUSE G/RANGE 02/BED 229U     08-17-2012 1550 08-23-2012 1124
 CLP   G02-228U   HOUSE G/RANGE 02/BED 228U     08-15-2012 0821 08-17-2012 1550
 CLP   G02-121U   HOUSE G/RANGE 02/BED 121U     08-14-2012 1503 08-15-2012 0821
 CLP   Z09-206UAD HOUSE Z/RANGE 09/BED 206U AD  08-07-2012 1542 08-14-2012 1503
 CLP   G02-228U   HOUSE G/RANGE 02/BED 228U     07-30-2012 1300 08-07-2012 1542
 CLP   G02-132U   HOUSE G/RANGE 02/BED 132U     06-15-2012 1007 07-30-2012 1300
 CLP   G02-113U   HOUSE G/RANGE 02/BED 113U     06-07-2012 1531 06-15-2012 1007
 CLP   Z09-215UAD HOUSE Z/RANGE 09/BED 215U AD  06-02-2012 0932 06-07-2012 1531
 CLP   Z09-214UAD HOUSE Z/RANGE 09/BED 214U AD  05-30-2012 2108 06-02-2012 0932
 CLP   G02-132U   HOUSE G/RANGE 02/BED 132U     04-20-2011 0759 05-30-2012 2108
 CLP   G02-132L   HOUSE G/RANGE 02/BED 132L     03-17-2011 1233 04-20-2011 0759
 CLP   G02-112L   HOUSE G/RANGE 02/BED 112L     01-26-2011 1047 03-17-2011 1233
 CLP   G02-110U   HOUSE G/RANGE 02/BED 110U     11-26-2010 1110 01-26-2011 1047
 CLP   Z03-107LAD HOUSE Z/RANGE 03/BED 107L AD  11-23-2010 1518 11-26-2010 1110
 CLP   Z07-119UAD HOUSE Z/RANGE 07/BED 119U AD  11-06-2010 1117 11-23-2010 1518



 G0002       MORE PAGES TO FOLLOW . . .
```

```
 MCRI3  531.01 *                 INMATE HISTORY            *    03-05-2018
 PAGE 006 OF 006 *                  QUARTERS                *    09:31:11

 REG NO..: 17251-171 NAME....: BELLS, CHARLIE JR
 CATEGORY: QTR         FUNCTION: PRT         FORMAT:

 FCL   ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
 CLP   Z07-120UAD HOUSE Z/RANGE 07/BED 120U AD  10-16-2010 1124 11-06-2010 1117
 CLP   Z07-121UAD HOUSE Z/RANGE 07/BED 121U AD  10-15-2010 2123 10-16-2010 1124
 CLP   Z07-104UAD HOUSE Z/RANGE 07/BED 104U AD  10-04-2010 1309 10-15-2010 2123
 CLP   Z08-104UDS HOUSE Z/RANGE 08/BED 104U DS  09-26-2010 1834 10-04-2010 1309
 CLP   R01-001L   HOUSE R/RANGE 01/BED 001L     09-26-2010 1726 09-26-2010 1834
 CLP   Z08-104UDS HOUSE Z/RANGE 08/BED 104U DS  09-25-2010 1244 09-26-2010 1726
 CLP   Z08-105UDS HOUSE Z/RANGE 08/BED 105U DS  09-21-2010 2102 09-25-2010 1244
 CLP   Z08-111UDS HOUSE Z/RANGE 08/BED 111U DS  09-16-2010 1541 09-21-2010 2102
 CLP   Z01-216LAD HOUSE Z/RANGE 01/BED 216L AD  09-14-2010 2233 09-16-2010 1541
 CLP   Z09-212LAD HOUSE Z/RANGE 09/BED 212L AD  09-12-2010 2217 09-14-2010 2233
 CLP   G02-229U   HOUSE G/RANGE 02/BED 229U     09-12-2010 2145 09-12-2010 2217
 CLP   G02-229U   HOUSE G/RANGE 02/BED 229U     06-17-2010 1326 09-12-2010 1732
 CLP   R01-001L   HOUSE R/RANGE 01/BED 001L     06-17-2010 1006 06-17-2010 1326
 ATL   J03-314L   HOUSE J/RANGE 03/BED 314L     06-14-2010 1929 06-17-2010 0350
 ATL   R01-001L   HOUSE R/RANGE 01/BED 001L     06-14-2010 1710 06-14-2010 1929
 BTF   Z01-126L   HOUSE Z/RANGE 01/BED 126L     06-09-2010 1026 06-14-2010 0925
 BTF   Z01-124L   HOUSE Z/RANGE 01/BED 124L     05-27-2010 2107 06-09-2010 1026
 BTF   Z01-170U   HOUSE Z/RANGE 01/BED 170U     05-24-2010 2256 05-27-2010 2107
 BTF   Z01-255U   HOUSE Z/RANGE 01/BED 255U     05-21-2010 1614 05-24-2010 2256
 BTF   Z01-001L   HOUSE Z/RANGE 01/BED 001L     05-21-2010 1049 05-21-2010 1614
 BTF   Z01-001L   HOUSE Z/RANGE 01/BED 001L     05-21-2010 1040 05-21-2010 1050
 HAZ   R01-001L   HOUSE R/RANGE 01/BED 001L     05-20-2010 1135 05-21-2010 0025
 HAZ   Z04-236LAD HOUSE Z/RANGE 04/BED 236L AD  05-18-2010 1820 05-20-2010 1135
 HAZ   Z02-205LDS HOUSE Z/RANGE 02/BED 205L DS  05-10-2010 1534 05-18-2010 1820
 HAZ   Z04-235LAD HOUSE Z/RANGE 04/BED 235L AD  05-03-2010 1252 05-10-2010 1534
 HAZ   Z04-234LAD HOUSE Z/RANGE 04/BED 234L AD  04-15-2010 1313 05-03-2010 1252
 HAZ   Z04-233LAD HOUSE Z/RANGE 04/BED 233L AD  04-03-2010 1708 04-15-2010 1313
 HAZ   Z04-231LAD HOUSE Z/RANGE 04/BED 231L AD  03-28-2010 1156 04-03-2010 1708
 HAZ   Z04-230LAD HOUSE Z/RANGE 04/BED 230L AD  03-24-2010 2126 03-28-2010 1156
 HAZ   Z04-230UAD HOUSE Z/RANGE 04/BED 230U AD  03-24-2010 2125 03-24-2010 2126
 HAZ   Z01-001U   HOUSE Z/RANGE 01/BED 001U     03-24-2010 1659 03-24-2010 2125
 HAZ   A04-210U   HOUSE A/RANGE 04/BED 210U     03-17-2010 1246 03-24-2010 1659
 HAZ   Z05-154LAD HOUSE Z/RANGE 05/BED 154L AD  03-16-2010 2106 03-17-2010 1246
 HAZ   Z01-001U   HOUSE Z/RANGE 01/BED 001U     03-16-2010 2012 03-16-2010 2106
 HAZ   R01-001L   HOUSE R/RANGE 01/BED 001L     03-16-2010 1647 03-16-2010 2012
 OKL   E09-504U   HOUSE E/RANGE 09/BED 504U     03-08-2010 1735 03-16-2010 0915




 G0000          TRANSACTION SUCCESSFULLY COMPLETED
```