


# United States Penitentiary Hazelton
## Photo Sheet

| Date: | Time of incident: | Institution: | Location of incident: |
|---|---|---|---|
| November 29, 2009 | Approximately 12:10pm | USP Hazelton | A-1 Cell 118 |
| Inmate Name: | | Inmate Number: | |
| Shaver, K. | | 30431-034 | |

**Photo Taken By:** A. McCormick, Correctional Counselor

**Description:** Photo of a 15 3/4" inch piece of metal found during a random shakedown of Cell 118 in A-1.



GOVERNMENT EXHIBIT
6:18-CR-33-GFVT
25A

*SENSITIVE - LIMITED OFFICIAL USE*